# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT BAEHREN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-687

[November 27, 2019]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman and Sherwood Bauer, Judges; L.T. Case No. 432014CF000772A.

Robert Baehren, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., FORST and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***